

IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

25-10037

DEBTOR(S):

DOUGLAS THOMPSON

WANDA THOMPSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 13 IN THE AMOUNT OF $65.41

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

Ashley Funding Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

1/15/2025