Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10037−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.
1 Knox Blvd
Neptune, NJ 07753

Wanda Thompson
1 Knox Blvd
Neptune, NJ 07753

Social Security No.:
xxx−xx−0733

xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:  3/12/25
Time:  10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 22, 2025
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10037-MBK |
| Douglas Thompson, Jr. | Chapter 13 |
| Wanda Thompson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 22, 2025 | Form ID: 132 | Total Noticed: 85 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal Employees Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502131 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502134 | + | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 520502144 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 520502159 | | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 520502162 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 520502164 | + | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 520502166 | | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 520502171 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 520502172 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 520502179 | + | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 520502183 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 520506930 | + | Monmouth County Postal Employees Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502196 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520502200 | + | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |
| 520502201 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502130 | + | Email/Text: bncnotifications@pheaa.org | Jan 22 2025 20:56:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 520502136 | | Email/Text: ebn@americollect.com | Jan 22 2025 20:57:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 520502135 | | Email/Text: ebn@americollect.com | Jan 22 2025 20:57:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520502132 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2025 21:07:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520502133 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2025 21:05:59 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520502138 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2025 20:57:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po |

Case 25-10037-MBK    Doc 25    Filed 01/24/25    Entered 01/25/25 00:46:45    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 132 | Total Noticed: 85 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 183853, Arlington, TX 76096-3853 |
| 520502139 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 22 2025 20:57:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520511403 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 21:05:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502140 | + | Email/Text: bk@avant.com | Jan 22 2025 20:58:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520502141 | + | Email/Text: bk@avant.com | Jan 22 2025 20:58:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520502146 | | Email/Text: BNBSB@capitalsvcs.com | Jan 22 2025 20:56:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520502145 | | Email/Text: BNBSB@capitalsvcs.com | Jan 22 2025 20:56:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520502142 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 22 2025 20:57:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 520502143 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 22 2025 20:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520502147 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 22 2025 20:57:07 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520502148 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 22 2025 20:57:07 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520502149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 21:05:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520502150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 20:53:13 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520502151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 20:53:42 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520502152 | + | Email/Text: mediamanagers@clientservices.com | Jan 22 2025 20:56:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 520502154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 20:57:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 520502153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 20:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520502155 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2025 20:54:41 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520502156 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2025 21:05:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502158 | | Email/Text: mrdiscen@discover.com | Jan 22 2025 20:56:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520502157 | + | Email/Text: mrdiscen@discover.com | Jan 22 2025 20:56:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 520502161 | + | Email/Text: EBN@edfinancial.com | Jan 22 2025 20:56:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502160 | + | Email/Text: EBN@edfinancial.com | Jan 22 2025 20:56:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 520502163 | ^ | MEBN | Jan 22 2025 20:45:08 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 520502165 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 22 2025 21:18:10 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520502167 | | Email/Text: reports@halstedfinancial.com | Jan 22 2025 20:56:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 520502168 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2025 20:57:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520502169 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2025 20:58:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520502170 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2025 20:58:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520502173 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 20:56:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520502174 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 20:56:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520502176 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 20:56:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 520502175 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 20:56:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 520502177 | | Email/Text: govtaudits@labcorp.com | Jan 22 2025 20:57:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 520511315 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 20:54:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502178 | + | Email/Text: BKNotice@ldvlaw.com | Jan 22 2025 20:57:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520502181 | | Email/Text: ml-ebn@missionlane.com | Jan 22 2025 20:56:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520502182 | | Email/Text: ml-ebn@missionlane.com | Jan 22 2025 20:56:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520502180 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2025 20:57:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520502184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 22 2025 20:58:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 520502185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 22 2025 20:58:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 520502188 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2025 20:56:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502189 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2025 20:56:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520502187 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 21:05:25 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520502186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 20:54:34 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520502191 | + | Email/Text: clientservices@remexinc.com | Jan 22 2025 20:56:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 520502190 | + | Email/Text: clientservices@remexinc.com | Jan 22 2025 20:56:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 520527336 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2025 20:58:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520502192 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2025 20:58:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520502193 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2025 20:58:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 520502194 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 25-10037-MBK    Doc 25    Filed 01/24/25    Entered 01/25/25 00:46:45    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 132 | Total Noticed: 85 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 22 2025 20:58:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502195 | + | Email/Text: bankruptcy@sccompanies.com | Jan 22 2025 20:58:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 21:05:18 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 21:07:12 | Synchrony/Ashley Furniture Homestore, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520502199 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 22 2025 20:58:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |
| 520502203 | | Email/Text: bankruptcies@uplift.com | Jan 22 2025 20:56:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520502202 | | Email/Text: bankruptcies@uplift.com | Jan 22 2025 20:56:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520513799 | + | Email/Text: EBN@edfinancial.com | Jan 22 2025 20:56:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502205 | | Email/Text: bankruptcynotices@vivecard.com | Jan 22 2025 20:56:00 | Vive Financial, 380 Data Drive, Draper, UT 84020 |
| 520502204 | | Email/Text: bankruptcynotices@vivecard.com | Jan 22 2025 20:56:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 520506638 | + | Email/Text: clientservices@fastdayloans.com | Jan 22 2025 20:57:00 | WLCC Lending First Day Loan, PO Box 70, Solon, IA 52333-0070 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520502137 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 520511404 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 132 | Total Noticed: 85 |

    docs@russotrustee.com

Denise E. Carlon

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont

    on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com lori@redbanklaw.com

Robert Cameron Legg

    on behalf of Debtor Douglas Thompson Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg

    on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6