UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

Order Filed on January 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas Thompson, Jr.
Wanda Thompson

Debtors

Case No.: 25-10037

Chapter: 13

Hearing Date: January 29, 2025 @ 9am

Judge: MBK

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 29, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having received the Debtor's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby continued and extended through the duration of this case as to all creditors, expressly including the following secured creditors:

1. PNC Mortgage (1st mortgage on 1 Knox Blvd, Neptune, NJ 07753);

2. Beneficial Bank/Ditech (2nd mortgage on 1 Knox Blvd, Neptune, NJ 07753);

3. Americredit/GM Financial (2012 Chrysler 200); and

4. Santander Consumer USA (2012 BMW 750i.