| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC Bank, National Association | |
| In Re:<br><br>Douglas Thompson, Jr. & Wanda Thompson,<br><br>Debtors. | Case No.:     25-10037-MBK<br><br>Chapter:           13<br><br>Hearing Date:    03/12/2025<br><br>Judge:              Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 35)

Date: 3/5/2025                              /s/ Denise Carlon
                                                     Signature

*rev.8/1/15*