UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1024-C

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034

Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

Order Filed on June 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-10037

In Re:

DOUGLAS THOMPSON, JR.
WANDA THOMPSON

Judge: (MBK)

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: June 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors: Douglas and Wanda Thompson
Case No: 25-10037
Caption of Order: Order Resolving Objection To Confirmation

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of Robert Cameron Legg, Esquire on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2012 Chrysler 200 bearing vehicle identification number 1C3CCBCB2CN308277.**

2. **That the secured amount that GM Financial shall be paid through the Debtors' plan shall be $8,902.50. This amount is reached using the agreed value of the vehicle of $7,231.97 (the net loan balance), amortized at 8.5% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to GM Financial in the amount of $280.00 through May 2025 and thereafter, each month, commencing June 2025, make monthly adequate protection payments to GM Financial in the amount of $70.00. Adequate protection payments to GM Financial shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to GM Financial. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to GM Financial until the remaining counsel fees have been paid. The Debtors shall receive a credit for all adequate protection payments made against the total amount to be received by GM Financial through the plan.**

4. **That GM Financial shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law or the Debtors receiving a discharge.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10037-MBK |
| Douglas Thompson, Jr. | Chapter 13 |
| Wanda Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | |
| | on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert Cameron Legg | |
| | on behalf of Debtor Douglas Thompson  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | |
| | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

William E. Craig
                        on behalf of Creditor Committee AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7