BL9953604

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY, TRENTON DIVISION

IN RE:  DOUGLAS THOMPSON JR          :          Chapter: 13
        WANDA THOMPSON          :
                               :
                               :
                               :          BANKRUPTCY NO: 25-10037-MBK

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

**FinWise Bank**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Christopher Cramer
                Christopher Cramer, Claims Administrator
                Becket & Lee LLP
                PO Box 3002
                Malvern, PA 19355-0702

                Date:    07/24/2025