Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−10037−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Thompson Jr. | Wanda Thompson |
| 1 Knox Blvd | 1 Knox Blvd |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
   xxx−xx−0733                                          xxx−xx−9368

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/17/25
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 18, 2025
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10037-MBK |
| Douglas Thompson, Jr. | Chapter 13 |
| Wanda Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 18, 2025 | Form ID: 132 | Total Noticed: 98 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal Employees Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502131 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502134 | + | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 520502144 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 520502159 | | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 520502162 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 520502164 | + | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 520502171 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 520502172 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 520502177 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 520502183 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 520506930 | + | Monmouth County Postal Employees Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502196 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520502200 | + | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |
| 520502201 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| crcm | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 520502130 | + | Email/Text: bncnotifications@pheaa.org | Aug 18 2025 20:45:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 520502136 | | Email/Text: ebn@americollect.com | Aug 18 2025 20:46:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 520502135 | | Email/Text: ebn@americollect.com | Aug 18 2025 20:46:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520573106 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520502132 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 18 2025 21:05:47 | Affirm, Inc., Attn: Bankruptcy, 650 California St, |

Case 25-10037-MBK  Doc 53  Filed 08/20/25  Entered 08/21/25 00:14:04  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 18, 2025 | Form ID: 132 | Total Noticed: 98 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Fl 12, San Francisco, CA 94108-2716 |
| 520502133 | + | Email/PDF: AffirmBKNotifications@resurgent.com<br>Aug 18 2025 20:55:28 | | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520554968 | | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Aug 18 2025 20:54:25 | | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520548815 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Aug 18 2025 20:45:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520502138 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Aug 18 2025 20:45:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520502139 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Aug 18 2025 20:45:00 | | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520511403 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 18 2025 20:55:23 | | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502140 | + | Email/Text: bk@avant.com<br>Aug 18 2025 20:46:00 | | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520502141 | + | Email/Text: bk@avant.com<br>Aug 18 2025 20:46:00 | | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520502146 | | Email/Text: BNBSB@capitalsvcs.com<br>Aug 18 2025 20:45:00 | | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520502145 | | Email/Text: BNBSB@capitalsvcs.com<br>Aug 18 2025 20:45:00 | | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520502142 | + | Email/Text: BarclaysBankDelaware@tsico.com<br>Aug 18 2025 20:45:00 | | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 520502143 | + | Email/Text: BarclaysBankDelaware@tsico.com<br>Aug 18 2025 20:45:00 | | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520502147 | | Email/Text: caineweiner@ebn.phinsolutions.com<br>Aug 18 2025 20:45:47 | | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520502148 | | Email/Text: caineweiner@ebn.phinsolutions.com<br>Aug 18 2025 20:45:47 | | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520502149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 18 2025 20:55:20 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520502150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 18 2025 21:06:04 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520502151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 18 2025 20:54:54 | | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520502152 | + | Email/Text: mediamanagers@clientservices.com<br>Aug 18 2025 20:45:00 | | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 520502154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 18 2025 20:45:00 | | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 520502153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 18 2025 20:45:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520502155 | + | Email/PDF: creditonebknotifications@resurgent.com<br>Aug 18 2025 20:54:27 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520502156 | + | Email/PDF: creditonebknotifications@resurgent.com<br>Aug 18 2025 20:54:58 | | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502158 | | Email/Text: mrdiscen@discover.com<br>Aug 18 2025 20:45:00 | | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520502157 | + | Email/Text: mrdiscen@discover.com<br>Aug 18 2025 20:45:00 | | Discover Financial, Po Box 3025, New Albany, |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | OH 43054-3025 |
| 520502161 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502160 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 520530581 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2025 20:45:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 520755733 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2025 21:05:48 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520502163 | ^ | MEBN | Aug 18 2025 20:42:12 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 520502165 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 18 2025 21:05:35 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502167 | | Email/Text: reports@halstedfinancial.com | Aug 18 2025 20:45:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 520502166 | ^ | MEBN | Aug 18 2025 20:43:03 | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 520502168 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2025 20:45:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520559211 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520502169 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520502170 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520502173 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:54:22 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520502174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 21:06:05 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520502176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:55:27 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 520502175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 21:05:37 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 520511315 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 20:54:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502178 | + | Email/Text: BKNotice@ldvlaw.com | Aug 18 2025 20:45:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520502181 | | Email/Text: ml-ebn@missionlane.com | Aug 18 2025 20:45:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520502182 | | Email/Text: ml-ebn@missionlane.com | Aug 18 2025 20:45:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520502179 | + | Email/Text: info.mh@mhcollections.com | Aug 18 2025 20:45:00 | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 520502180 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2025 20:46:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520574176 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2025 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520502184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 520572374 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, P.O. Box 3000, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520502185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| | | | | Merrifield, VA 22119-3000 |
| 520563697 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502188 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502189 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520502187 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 20:55:21 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520502186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 21:05:47 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520542806 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2025 20:46:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520502191 | + | Email/Text: clientservices@remexinc.com | Aug 18 2025 20:45:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 520502190 | + | Email/Text: clientservices@remexinc.com | Aug 18 2025 20:45:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 520557643 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 21:05:57 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520527336 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520547006 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 18 2025 20:45:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520502192 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520502193 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 520502194 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2025 20:46:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502195 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2025 20:46:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2025 20:54:49 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2025 21:05:43 | Synchrony/Ashley Furniture Homestore, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520502199 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2025 20:46:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |
| 520502203 | | Email/Text: bankruptcies@uplift.com | Aug 18 2025 20:45:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520502202 | | Email/Text: bankruptcies@uplift.com | Aug 18 2025 20:45:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520513799 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502204 | | Email/Text: bankruptcynotices@vivecard.com | Aug 18 2025 20:45:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 520502205 | | Email/Text: bankruptcynotices@vivecard.com | Aug 18 2025 20:45:00 | Vive Financial, 380 Data Drive, Draper, UT 84020 |

| 520506638 | + | Email/Text: clientservices@fastdayloans.com Aug 18 2025 20:45:00 | WLCC Lending First Day Loan, PO Box 70, Solon, IA 52333-0070 |

TOTAL: 82

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520502137 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 520511404 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Robert Cameron Legg | on behalf of Debtor Douglas Thompson Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Committee AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8