**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security      0  Assumption of Executory Contract or unexpired Lease      0  Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Douglas Thompson, Jr.  
Wanda Thompson  

Debtor(s)

Case No.: 25-10037

Judge: MBK

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date: 08/11/2025

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☒ 7 c.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☒ 7 c.

Initial Debtor(s)' Attorney: /s/RCL    Initial Debtor: /s/DT    Initial Co-Debtor: /s/WT

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ __2,258.00__ monthly for __6__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $__1,810__ per month for __54__ months; $_____per month for _____months, for a total of _____months.

b. The debtor shall make plan payments to the Trustee from the following sources:

　　☒　Future earnings

　　☐　Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

　☐ Sale of real property
　Description:

　Proposed date for completion: _____

　☐ Refinance of real property:
　Description:
　Proposed date for completion: _____

　☒ Loan modification with respect to mortgage encumbering real property:
　Description: 1 Knox Blvd, Neptune NJ
　Proposed date for completion: 6 months after confirmation

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

　☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

　☒ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed.  The objecting party must appear at confirmation to prosecute their objection.

　　　Initial Debtor: __/s/DT__ Initial Co-Debtor: __/s/WT__

**Part 2: Adequate Protection**  ☒ NONE

    a.  Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

    b.  Adequate protection payments will be made in the amount of $_____to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

    a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,313.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | Taxes | $22,343.41 |
| ATTORNEY FEE (supplemental post-confirmation fees, subject to approval by the Court) | Administrative | $2,500.00 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
       Check one:
       ☒ None
       ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

   a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| PNC Mortgage | 1 Knox Blvd, Neptune NJ | $55,000.00 | 0 | arrears to be paid through loan modification | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

   b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
|  |  |  |  |  | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

c.  **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| Americredit/GM Financial | 2012 Chrysler 300 | 8.5% | $7,231.97 | $8,902.50 |
| Santander Consumer USA | 2012 BMW 750i | 8.5% | $9,000 | $11,078.93 |

d.  **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

   1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender ☒ NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. **Secured Claims Unaffected by the Plan ☒ NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
|  |  |

g. **Secured Claims to be Paid in Full Through the Plan: ☒ NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 5:    Unsecured Claims**  ☐ NONE

    a.  **Not separately classified** allowed non-priority unsecured claims shall be paid:

       ☐ Not less than $ _____ to be distributed *pro rata*

       ☒ Not less than  100              percent

       ☐ *Pro Rata* distribution from any remaining funds

    b.  **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| Student loans | student loans - non-dischargable | outside of plan | $0 |

**Part 6:    Executory Contracts and Unexpired Leases**  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions   ☐ NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.  ☒ **NONE**

      The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Americredit/GM Financial | 2012 Chryselr 200 | $7,231.97 | $3,836.00 | $7,231.97 | interest above 8.5% |
| Santander Consumer USA | 2012 BMW 750i | $14,663.30 | $15,602.00 | $14,663.30 | interest above 8.5% |

   d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

# Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Other Administrative Claims
3) Secured Claims
4) Priority Claims
5) General unsecured claims
6) 

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**  ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 01/21/2025 .

Explain below **why** the plan is being modified:
Removing Beneficial Bank/Ditech to be paid through plan

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 08/11/2025                                   /s/Douglas Thompson, Jr.
                                                    Debtor

Date: 08/11/2025                                   /s/Wanda Thompson
                                                    Joint Debtor

Date: 08/11/2025                                   /s/Cameron Legg
                                                    Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Douglas Thompson, Jr.  
Wanda Thompson  
    Debtors

Case No. 25-10037-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 18, 2025 | Form ID: pdf901 | Total Noticed: 98 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal Employees Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502131 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502134 | + | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 520502144 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 520502159 | | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 520502162 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 520502164 | + | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 520502171 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 520502172 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 520502177 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 520502183 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 520506930 | + | Monmouth County Postal Employees Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502196 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520502200 | + | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |
| 520502201 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| crcm | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 520502130 | + | Email/Text: bncnotifications@pheaa.org | Aug 18 2025 20:45:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 520502136 | | Email/Text: ebn@americollect.com | Aug 18 2025 20:46:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 520502135 | | Email/Text: ebn@americollect.com | Aug 18 2025 20:46:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520573106 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520502132 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 18 2025 21:05:59 | Affirm, Inc., Attn: Bankruptcy, 650 California St, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Fl 12, San Francisco, CA 94108-2716 |
| 520502133 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 18 2025 21:05:39 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520554968 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 20:54:22 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520548815 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520502138 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520502139 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 18 2025 20:45:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520511403 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 20:54:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502140 | + | Email/Text: bk@avant.com | Aug 18 2025 20:46:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520502141 | + | Email/Text: bk@avant.com | Aug 18 2025 20:46:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520502146 | | Email/Text: BNBSB@capitalsvcs.com | Aug 18 2025 20:45:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520502145 | | Email/Text: BNBSB@capitalsvcs.com | Aug 18 2025 20:45:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520502142 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 18 2025 20:45:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 520502143 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 18 2025 20:45:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520502147 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 18 2025 20:45:47 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520502148 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 18 2025 20:45:47 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520502149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:54:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520502150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 21:05:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520502151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:54:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520502152 | + | Email/Text: mediamanagers@clientservices.com | Aug 18 2025 20:45:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 520502154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2025 20:45:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 520502153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2025 20:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520502155 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 20:55:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520502156 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 20:54:25 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502158 | | Email/Text: mrdiscen@discover.com | Aug 18 2025 20:45:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520502157 | + | Email/Text: mrdiscen@discover.com | Aug 18 2025 20:45:00 | Discover Financial, Po Box 3025, New Albany, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | OH 43054-3025 |
| 520502161 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502160 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 520530581 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 18 2025 20:45:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 520755733 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2025 21:06:01 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520502163 | ^ | MEBN | Aug 18 2025 20:42:13 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 520502165 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 18 2025 21:06:04 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502167 | | Email/Text: reports@halstedfinancial.com | Aug 18 2025 20:45:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 520502166 | ^ | MEBN | Aug 18 2025 20:43:04 | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 520502168 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2025 20:45:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520559211 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520502169 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520502170 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2025 20:46:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520502173 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:54:24 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520502174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 20:55:20 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520502176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 21:05:53 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 520502175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2025 21:05:53 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 520511315 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 20:55:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502178 | + | Email/Text: BKNotice@ldvlaw.com | Aug 18 2025 20:45:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520502181 | | Email/Text: ml-ebn@missionlane.com | Aug 18 2025 20:45:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520502182 | | Email/Text: ml-ebn@missionlane.com | Aug 18 2025 20:45:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520502179 | + | Email/Text: info.mh@mhcollections.com | Aug 18 2025 20:45:00 | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 520502180 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2025 20:46:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520574176 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2025 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520502184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 520572374 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, P.O. Box 3000, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520502185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2025 20:46:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 (preceded by: Merrifield, VA 22119-3000) |
| 520563697 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502188 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502189 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 18 2025 20:45:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520502187 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 20:54:56 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520502186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 20:54:33 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520542806 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2025 20:46:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520502191 | + | Email/Text: clientservices@remexinc.com | Aug 18 2025 20:45:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 520502190 | + | Email/Text: clientservices@remexinc.com | Aug 18 2025 20:45:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 520557643 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 21:05:57 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520527336 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520547006 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 18 2025 20:45:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520502192 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520502193 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2025 20:46:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 520502194 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2025 20:46:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502195 | + | Email/Text: bankruptcy@sccompanies.com | Aug 18 2025 20:46:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2025 20:55:22 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2025 21:05:37 | Synchrony/Ashley Furniture Homestore, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520502199 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2025 20:46:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |
| 520502203 | | Email/Text: bankruptcies@uplift.com | Aug 18 2025 20:45:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520502202 | | Email/Text: bankruptcies@uplift.com | Aug 18 2025 20:45:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520513799 | + | Email/Text: EBN@edfinancial.com | Aug 18 2025 20:45:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502204 | | Email/Text: bankruptcynotices@vivecard.com | Aug 18 2025 20:45:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 520502205 | | Email/Text: bankruptcynotices@vivecard.com | Aug 18 2025 20:45:00 | Vive Financial, 380 Data Drive, Draper, UT 84020 |

| 520506638 | + | Email/Text: clientservices@fastdayloans.com | Aug 18 2025 20:45:00 | WLCC Lending First Day Loan, PO Box 70, Solon, IA 52333-0070 |

TOTAL: 82

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520502137 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 520511404 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Robert Cameron Legg | on behalf of Debtor Douglas Thompson Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Committee AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8