Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10037−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas Thompson Jr.                  Wanda Thompson
1 Knox Blvd                           1 Knox Blvd
Neptune, NJ 07753                     Neptune, NJ 07753

Social Security No.:
   xxx−xx−0733                              xxx−xx−9368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/10/25
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Robert Cameron Legg, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $2,500.00

EXPENSES
−0−

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 4, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-10037-MBK
Douglas Thompson, Jr.  Chapter 13
Wanda Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Nov 04, 2025      Form ID: 137      Total Noticed: 98

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Thompson, Jr., Wanda Thompson, 1 Knox Blvd, Neptune, NJ 07753-3626 |
| cr | + | Monmouth County Postal Employees Credit Union, McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502131 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502134 | + | AMCA, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 520502144 | | Beneficial Bank, 1818 Beneficial Bank Place, Philadelphia, PA 19103 |
| 520502159 | | Ditech Financial, 2100 East Elliot Road, Bld 94, Tempe, AZ 85284-1806 |
| 520502162 | + | First Atlantic Feder, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 520502164 | + | First Credit Services, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 520502171 | | Jersey Shore Anesthesia Associates, PA, PO Box 307, Neptune, NJ 07754-0307 |
| 520502172 | + | Jersey Shore CT&V, 234 Industrial Way West, Suite A103, Eatontown, NJ 07724-4257 |
| 520502177 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 520502183 | + | Monmouth County Postal, 171 Broad St, Red Bank, NJ 07701-2099 |
| 520506930 | + | Monmouth County Postal Employees Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502196 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520502200 | + | Universal Fidelity Corp., PO Box 219129, Houston, TX 77218-9129 |
| 520502201 | + | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| crcm | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2025 20:55:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 520502130 | + | Email/Text: bncnotifications@pheaa.org | Nov 04 2025 20:55:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 520502136 | | Email/Text: ebn@americollect.com | Nov 04 2025 20:55:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 520502135 | | Email/Text: ebn@americollect.com | Nov 04 2025 20:55:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520573106 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2025 20:55:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520502132 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2025 21:09:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, |

Case 25-10037-MBK    Doc 66    Filed 11/06/25    Entered 11/07/25 00:12:57    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: 137 | Total Noticed: 98 |

| Recip ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Fl 12, San Francisco, CA 94108-2716 |
| 520502133 | + Email/PDF: AffirmBKNotifications@resurgent.com | Nov 04 2025 21:10:40 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520554968 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 21:10:03 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520548815 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2025 20:55:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520502138 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2025 20:55:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520502139 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2025 20:55:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520511403 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 21:08:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502140 | + Email/Text: bk@avant.com | Nov 04 2025 20:56:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520502141 | + Email/Text: bk@avant.com | Nov 04 2025 20:56:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520502146 | Email/Text: BNBSB@capitalsvcs.com | Nov 04 2025 20:55:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520502145 | Email/Text: BNBSB@capitalsvcs.com | Nov 04 2025 20:55:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520502142 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2025 20:55:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 520502143 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2025 20:55:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520502147 | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 04 2025 20:55:04 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520502148 | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 04 2025 20:55:04 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520502149 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:21:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520502150 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:08:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520502151 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:32:14 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520502152 | + Email/Text: mediamanagers@clientservices.com | Nov 04 2025 20:55:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 520502154 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2025 20:55:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 520502153 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2025 20:55:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520502155 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 21:21:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520502156 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 21:08:53 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502158 | Email/Text: mrdiscen@discover.com | Nov 04 2025 20:55:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520502157 | + Email/Text: mrdiscen@discover.com | Nov 04 2025 20:55:00 | Discover Financial, Po Box 3025, New Albany, |

Case 25-10037-MBK    Doc 66    Filed 11/06/25    Entered 11/07/25 00:12:57    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 3 of 5 |
| Date Rcvd: Nov 04, 2025 | Form ID: 137 | | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| | | | | OH 43054-3025 |
| 520502161 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 20:55:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502160 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 20:55:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 520530581 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2025 20:55:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 520755733 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2025 21:21:35 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520502163 | ^ | MEBN | Nov 04 2025 20:50:44 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 520502165 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 04 2025 21:09:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502167 | | Email/Text: reports@halstedfinancial.com | Nov 04 2025 20:55:00 | Halstead Financial Services, PO Box 828, Skokie, IL 60076 |
| 520502166 | ^ | MEBN | Nov 04 2025 20:50:57 | Hackensack Meridian, PO Box 650292, Dallas, TX 75265-0292 |
| 520502168 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2025 20:55:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520559211 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2025 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520502169 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2025 20:55:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520502170 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2025 20:55:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520502173 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:21:27 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520502174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:21:30 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520502176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:21:31 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 520502175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 21:09:44 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 520511315 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 21:09:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502178 | + | Email/Text: BKNotice@ldvlaw.com | Nov 04 2025 20:55:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520502181 | | Email/Text: ml-ebn@missionlane.com | Nov 04 2025 20:55:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520502182 | | Email/Text: ml-ebn@missionlane.com | Nov 04 2025 20:55:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520502179 | + | Email/Text: info.mh@mhcollections.com | Nov 04 2025 20:55:00 | Michael Harrison, Esq., 3155 Route 10 East, Suite 112, Denville, NJ 07834-3430 |
| 520502180 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2025 20:55:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520574176 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2025 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520502184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 04 2025 20:56:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 520572374 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 04 2025 20:56:00 | Navy Federal Credit Union, P.O. Box 3000, |

Case 25-10037-MBK    Doc 66    Filed 11/06/25    Entered 11/07/25 00:12:57    Desc Imaged
                                Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
| --- | --- | --- |
| Date Rcvd: Nov 04, 2025 | Form ID: 137 | Total Noticed: 98 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Merrifield, VA 22119-3000 |
| 520502185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 04 2025 20:56:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 520563697 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502188 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520502189 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2025 20:55:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520502187 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 21:08:50 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520502186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 21:10:52 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520542806 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2025 20:55:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520502191 | + | Email/Text: clientservices@remexinc.com | Nov 04 2025 20:55:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 520502190 | + | Email/Text: clientservices@remexinc.com | Nov 04 2025 20:55:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 520557643 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 21:10:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520527336 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2025 20:55:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520547006 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 04 2025 20:55:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520502192 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2025 20:55:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520502193 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2025 20:55:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 520502194 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2025 20:56:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502195 | + | Email/Text: bankruptcy@sccompanies.com | Nov 04 2025 20:56:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520502197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 21:09:02 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 21:21:55 | Synchrony/Ashley Furniture Homestore, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520502199 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 04 2025 20:56:00 | Transworld Systems, Inc, PO Box 15618, Dept 51, Wilmington, DE 19850-5618 |
| 520502203 | | Email/Text: bankruptcies@uplift.com | Nov 04 2025 20:55:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520502202 | | Email/Text: bankruptcies@uplift.com | Nov 04 2025 20:55:00 | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520513799 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 20:55:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520502204 | | Email/Text: bankruptcynotices@vivecard.com | Nov 04 2025 20:55:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 520502205 | | Email/Text: bankruptcynotices@vivecard.com | Nov 04 2025 20:55:00 | Vive Financial, 380 Data Drive, Draper, UT 84020 |

| 520506638 | + Email/Text: clientservices@fastdayloans.com | Nov 04 2025 20:55:00 | WLCC Lending First Day Loan, PO Box 70, Solon, IA 52333-0070 |

TOTAL: 82

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520502137 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, Manitowoc, WI 54221 |
| 520511404 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Monmouth County Postal Employees Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Robert Cameron Legg | on behalf of Debtor Douglas Thompson Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Wanda Thompson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Committee AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9