B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  DOUGLAS THOMPSON and WANDA THOMPSON  ,                    Case No.  3-25-BK-10037

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrick Bank | ALLY BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Merrick Bank
PO Box 10368
Greenville SC 29603-0368

Court Claim # (if known): _____21_____
Amount of Claim: _____3,772.94_____
Date Claim Filed: _____2/17/2025_____

Phone:  (866) 572-0265

Last Four Digits of Acct #: _____3549_____

Phone: _____

Last Four Digits of Acct. #: _____3549_____

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

Phone:  (866) 572-0265

Last Four Digits of Acct #: _____3549_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brandie McCann                           Date: 11/20/2025

   Transferee/Transferee's Agent
   (866) 572-0265

   AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.