UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorneys for Debtor
courtdocs@oliverandlegg.com

Order Filed on December 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas Thompson, Jr.
Wanda Thompson

                    Debtors

Case No.:  25-10037

Chapter: 13

Hearing Date: December 10, 2025 @ 2pm

Judge:   MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: December 10, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $2,500.00 for services rendered.  The allowance is payable through the Chapter 13 Plan as an administrative priority.

The Debtor's monthly plan is to remain at the confirmed payment of $1,810.00 per month, beginning November 1, 2025, for the remaining fifty-one (51) months as per the confirming order issued November 3, 2025.