| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 25-10037 / MBK

Douglas Thompson, Jr.
Wanda Thompson
1 Knox Blvd
Neptune, NJ   07753

Petition Filed Date: 01/03/2025
341 Hearing Date: 01/30/2025
Confirmation Date: 10/29/2025

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/27/2025 | $2,260.00 | TFS | 04/04/2025 | $2,260.00 | TFS | 06/09/2025 | $2,260.00 | TFS |
| 09/05/2025 | $1,810.00 | TFS | 10/02/2025 | $1,815.00 | TFS | 11/05/2025 | $1,820.00 | TFS |
| 12/04/2025 | $1,820.00 | TFS | 01/07/2026 | $1,820.00 | TFS | 02/09/2026 | $1,820.00 | TFS |

**Total Receipts for Period: $17,685.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,685.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Douglas Thompson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | WLCC LENDING FIRST DAY LOAN | Unsecured Creditors | $3,061.84 | $0.00 | $3,061.84 |
| 2 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $3,936.04 | $0.00 | $3,936.04 |
| 3 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $1,402.96 | $0.00 | $1,402.96 |
| 4 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $5,657.36 | $0.00 | $5,657.36 |
| 5 | MONMOUTH COUNTY POSTAL EMPLOYEES CU | Unsecured Creditors | $2,460.96 | $0.00 | $2,460.96 |
| 6 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $2,093.66 | $0.00 | $2,093.66 |
| 7 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $1,146.24 | $0.00 | $1,146.24 |
| 8 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 9 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDING | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 10 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $82.61 | $0.00 | $82.61 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10037 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,313.00 | $4,313.00 | $0.00 |
| 14 | Edfinancial on behalf of | Unsecured Creditors<br>No Disbursements: Student Loans Paid O | $0.00 | $0.00 | $0.00 |
| 15 | Santander Consumer USA Inc.<br>»» 2012 BMW 7 SERIES/CRAM | Debt Secured by Vehicle | $11,078.93 | $3,557.92 | $7,521.01 |
| 16 | Santander Consumer USA Inc.<br>»» 2012 BMW 7 SERIES/CRAM BAL | Unsecured Creditors | $4,334.49 | $0.00 | $4,334.49 |
| 17 | ECMC | Unsecured Creditors<br>No Disbursements: Student Loans Paid O | $0.00 | $0.00 | $0.00 |
| 18 | INTERNAL REVENUE SERVICE<br>»» 2014-2017;2022-2024 TAX PERIODS | Priority Crediors | $22,381.16 | $0.00 | $22,381.16 |
| 19 | INTERNAL REVENUE SERVICE<br>»» 2014 TAX PERIOD & PENALTY | Unsecured Creditors | $5,058.32 | $0.00 | $5,058.32 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FIRST ELECTRONIC BANK | Unsecured Creditors | $2,485.39 | $0.00 | $2,485.39 |
| 21 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 | Unsecured Creditors | $508.48 | $0.00 | $508.48 |
| 22 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200/ORDER 6/20/25 | Debt Secured by Vehicle | $8,902.50 | $2,290.10 | $6,612.40 |
| 23 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHRYSLER 200 | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 24 | MERRICK BANK<br>»» ALLY | Unsecured Creditors | $3,772.94 | $0.00 | $3,772.94 |
| 25 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,389.19 | $0.00 | $1,389.19 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $1,115.80 | $0.00 | $1,115.80 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $1,167.53 | $0.00 | $1,167.53 |
| 28 | PNC BANK, NA<br>»» P/1 KNOX BLVD/1ST MTG/LOAN MOD ORDER 9/15/25 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 29 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $4,006.99 | $0.00 | $4,006.99 |
| 30 | NAVY FEDERAL CREDIT UNION | Secured Creditors | $778.98 | $250.16 | $528.82 |
| 31 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/THE CHILDRESN'S PLACE | Unsecured Creditors | $847.71 | $0.00 | $847.71 |
| 32 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2024 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 33 | NJ DIVISION OF TAXATION<br>»» SEE CLAIM ID 21 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | Robert Cameron Legg, Esq.<br>»» ORDER 12/10/25 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 25-10037 / MBK**

| SUMMARY |
| --- |

Summary of all receipts and disbursements from date filed through 2/25/2026:

| Total Receipts: | $17,685.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $12,911.18 | Current Monthly Payment: | $1,810.00 |
| Paid to Trustee: | $1,403.18 | Arrearages: | ($40.00) |
| Funds on Hand: | $3,370.64 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.tfsbillpay.com to register!**

**View your case information online for** *FREE***!  Register today at
www.ndc.org or scan this code to get started!**



EOF