UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 Highway 33, Suite 112
Neptune, NJ 07753
732-988-1500
courtdocs@oliverandlegg.com

In Re:

Douglas Thompson, Jr.
Wanda Thompson

Case No.: 25-10037

Judge: MBK

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by ______________________________ , creditor,

   A hearing has been scheduled for ____________________________, at __________.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for 10/21/26, at 9am.

   ☐ Certification of Default filed by ________________________________,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ ___________________, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I am the attorney for the Debtor's and spoke with Debtor 2, who indicated she had to undergo dialysis leading to a financial setback. But she is committed to the case and indicated she will have 2 payments made by the hearing date. She will send me proof of payments but requested I file an opposition to preserve her right to oppose the motion to dismiss.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/13/26

/s/ Cameron Legg
R. Cameron Legg, Esq.
Attorney for Debtors

Date: ______________________

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.